024434

2015 OCT -7  AM 9:00

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
TASHANO MALCOLM JENKINS

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

TasHano JENKINS
523 MumFord ST
Schenectady N.Y 12307

1:16-mc-003
GLS/CFH)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: TASHANO M JENKINS, Organization/TRADE NAME/TRADEMARK-DEBTOR

1c. MAILING ADDRESS: 523 Mumford ST | CITY: Schenectady | STATE: NY | POSTAL CODE: 12307 | COUNTRY: USA

1d. SEE INSTRUCTIONS: Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: DBA | 1f. JURISDICTION OF ORGANIZATION: USA | 1g. ORGANIZATIONAL ID #, if any: □ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3b. INDIVIDUAL'S LAST NAME: JENKINS | FIRST NAME: TasHano | MIDDLE NAME: MALCOM

3c. MAILING ADDRESS: c/o 523 Mumford ST | CITY: Schenectady | STATE: NY | POSTAL CODE: 12307 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 1 3 2016

LAWRENCE K. BAERMAN, CLERK
    ALBANY

5. ALTERNATIVE DESIGNATION (if applicable): □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN ☒ NON-UCC FILING

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)