1:16-mc-3

to life, liberty, and the pursuit of happiness; the one who is never compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another.

**End of Definitions**

- Remainder of page intentionally left blank. -

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 2 7 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

**RETURN ADDRESS:**

**Tashano Jenkins**

c/o 523 Mumford St.
SCHENECTADY, NEW YORK, 12303

# AFFIDAVIT OF POLITICAL STATUS

I declare this is an Affidavit of Political Status and this includes all attached documents.

GRANTOR: Tashano Jenkins
Grantee: Tashano Jenkins

LS: _Tashano Jenkins_   10/5/15
Tashano jenkins, Secured Party Creditor   Date

United States of America

# State of New York
# Department of State

*It is hereby certified,* that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

*Witness my hand at the city of Albany*

this **31st** day of **August Two Thousand and Fifteen**



Sandra J. Tallman
Special Deputy Secretary of State

449724
210CC(REV: 09/25/12)

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

ashano Malcolm Jenkins, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural bor ne creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within New York State, a Republic, of th titutional Township, Schenectady, within the body of a constitutional county, Schenectady, the proper jurisdiction of a Common Law thereto, d mnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdor leaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Ministe bassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for th ed States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienabl its/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) b ns of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty tious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver i/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecatec orate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Lav ide, but are not limited to, the UNITED STATES, U.S., US, STATE OF NEW YORK, COUNTY OF SCHENECTADY, CITY OF SCHENECTAD\ HANO MALCOLM JENKINS, TASHANO JENKINS, T M. JENKINS , JENKINS TASHANO MALCOLM, or any variation thereof, # 072-58XXX, etc. Th rine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting a borate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawfi /judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolut erties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can mak necessary changes to its structure to Insure the same. These identifications will list the International Record (Seal) Number (Apostille Number ias been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the Internation; stration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenship: iell as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation c ure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages c Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article :ion 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only th iaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State c /YORK), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (b Jiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to b lied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the servic ranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all error: ries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Date: itual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: SEPT 7TH 1970.

_____Tashano Jenkins_____    10/6/15
Me, American, Private, Christian, Sentient;    Date
Sovereign; Divine Inhabitant within North America; within NEW YORK STATE, a Republic;
"within" a constitutional county and a constitutional township republic.
". . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____[signature]_____    _____Jesse Hicks_____
ine, Sentient, and Common Law Witness    Date    Divine, Sentient, and Common Law Witness    Date

---

**Archetype**

## Act of State
## Primary Signature Certification
### (Convention de La Haye du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

_____TASHANO JENKINS_____ , do hereby certify the Sentient signature on the Archetype document enclosed to be a true ect, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signatur ograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hagu ference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Publ uments. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is require he legalization of administrative/judicial documents as herein enclosed.

State of NEW YORK    Acknowledged before me the 10th day of October, 2015 A.D.
County of ALBANY

SE BEFORE PRINTING- Place Your Autograph Here    ERASE BEFORE PRINTING- Place Notary Signature Here
_____Tashano Jenkins_____    _____[signature]_____
tient Citizen; Autograph    Notary Signature

istille Number: 468462    Marlene J. Dion
(applied manually upon issuance)    NOTARY PUBLIC - State of New York
    04DI6206386
    Qualified in Albany County -
    Commission Expires 07/27/2017

**Reaffirmation of Character and Renunciation of Attempted Expatriation / Act of State**

United States of America

# State of New York
# Department of State

*It is hereby certified,* that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

*Witness my hand at the city of Albany*

*this 12th day of January Two Thousand and Sixteen*



*Whitney A. Clark*

Whitney A. Clark
Special Deputy Secretary of State

519521
210CC(REV: 09/25/12)

  

I.S.L.A.M.  Moorish Americans  - Northwest Amexem

# Judicial Notice and Proclamation

To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:

Upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Malcolm Ali Bey being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, Malcolm Ali Bey Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

The Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

Moors / Moorish Americans / Muurs Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by

1

Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

Egypt, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

The 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, Ali, El, Bey, Dey, and Al. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free— were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient

Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781:

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v. City, 445 US

3

662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

8. Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 659—60:

9. Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:

10. The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:

11. For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F. 945:

12. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 211 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties". Industrial Addition Association v. C.I,R., 323 US 310, 313.

Whereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offense.

Whereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

That the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or

Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

Therefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "Executive Order 13107" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

Wherefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur\*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to

notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

Explicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1-207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

Represent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

I, Malcolm Ali Bey A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice), All Rights Reserved Without Prejudice; U.C.C. 1-207 /308, U.C.C. 1-103.

I Am: _Malcolm Ali Bey_
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Aboriginal / Indigenous, free Sovereign Moor - Natural Person of the Land;
'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands

6

(Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Ameru / Americana)

By Special Appearance, before me on Day ___7th___ day of ___January___, 2016 CCY = 1432 M.C., in Honor, the Divine Being, Malcolm Ali Bey Affirms that He is the Natural Person / Divine Being herein named, existing in His own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

Chronos: Day: __7 th__  Month: ___January___  Year: __2016__.

I Am: _____
Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative;
All Rights Reserved, Free Moor/Muur
Northwest Amexem / Africa / America

Witness: _____
Natural Person - In Propria Persona - Authorized Representative, All Rights Reserved
A Free and Sovereign Moorish American National
Northwest Amexem / Africa / America

Witness: _____
Natural Person - In Propria Persona - Authorized Representative, All Rights Reserved
A Free and Sovereign Moorish American National
Northwest Amexem / Africa / America

On this ___ day of _____, 20__ before me, the undersigned, personally appeared _Tashano M. _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.
Susan A. Janiszak

On this ___ day of _____, 20__ before me, the undersigned, personally appeared _Guylyn C. _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.
Susan A. Janiszak

On this ___ day of _____, 20__ before me, the undersigned, personally appeared _Jesse R. Hicks_ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.
Susan A. Janiszak

Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/20_17_

7

United States of America

# State of New York
# Department of State

*It is hereby certified,* that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

Witness my hand at the city of Albany

this *12th* day of *January Two Thousand and Sixteen*



*Whitney A. Clark*
Whitney A. Clark
Special Deputy Secretary of State

519522
210CC(REV. 09/25/12)

  

THE MOORISH-AMERICAN SOCIETY
# LAWFUL NOTICE!
## IDENTITY DECLARATION; STATUS CORRECTION; PROCLAMATION AND PUBLICATION



**I**, Malcolm Ali Bey, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

**I**, being previously identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, Tashano Jenkins, do hereby refute the Fraud; make Public and Publish my Corrected National Title; Declare and Affirm truly, 'In Sui Heredes' my Corrected Status; and reclaim my Rightful Social and Cultural Life of the State; in accord with the Moorish-American Society of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully Obtained and Proclaimed my Nationality, as a Moor, and Birthright 'Identity and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish-American Society; being Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Identity and Standing in Law; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish-American Consanguine Pedigree and National Honor.

Let it be Declared, Known, Published, and Resolved that: I Am: Malcolm Ali Bey, 'A living spirit and breathing flesh and flowing blood man' in my proper self and standing, by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
   (Underhill v. Hernandez 168 US 250, 18 S. Ct. 83, 42 L. Ed. 456)

3. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D.
   (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

4. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS, ARTICLE FIFTEEN (15).

5. DECLARATION OF RIGHTS OF INDIGENOUS PEOPLE – UNITED NATIONS – ARTICLE THIRTY-SEVEN (37).

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS, ARTICLE SIX (6).

7. UNITED STATES CODE, TITLE EIGHTEEN (18), PART ONE (1), CHAPTER TWO-FOUR-ONE (241).

8. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY – PART ONE (1), ARTICLE FOUR (4).

:fore, I, Malcolm Ali Bey, being 'Part and Parcel' named herein, and by Birthright, ;eniture, and Inheritance, make a Lawful Entry of Affidavit and Public Notification of iality Proclamation; Identity and Status Correction Claim; Declaration, Affirmation, and :ation; Herewith Published for the Public Record.

I Am: _____
A Free and Sovereign Moorish-American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
In Sui Heredes

Witness: _____
A Free and Sovereign Moorish-American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
In Sui Heredes

Witness: _____
A Free and Sovereign Moorish-American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
In Sui Heredes

LN/NCT No. 0001H



Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/20 17

Document prepared by – Return to:

TASHANO MALCOLM JENKINS

c/o  523 Mumford St.

Schenectady, New York, State,

[non domestic, without the United States]

_____THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY_____

## NOTICE OF EXISTENCE OF WILL AND TESTAMENT FOR TASHANO MALCOLM JENKINS

This notice establishes for the public record, an actual and constructive notice of the Will and Testament for Tashano Malcolm Jenkins. Anyone may rely upon this notice as evidence of the existence of said Will and Testament, and shall therefore be relieved of any further obligation to verify that any person named herein is operating in accordance with the interests and desires of the Testator.

**FIRST**: Let it be known to all whom these presents come, with the Divine Creator as my witness that I, Tashano Malcolm Jenkins did create my Will and Testament at the geographical location of Schenectady New York, New York State on this 26th Day Jan, of 2015. Let it be known that by my Will and Intent of this Notice, when the physical body dies my estate will be Testate.

**SECOND**: I created a sufficient number of certified copies of the Original Will and Testament for distribution to the primary General Executor and to the potential successor General Executors for safe keeping until my death.

**THIRD** : I did present a certified copy of my Will and Testament to my Son , next to kin, Jenkins Sa'fallah Omija  for safe keeping until my death.

**FOURTH** : I did present a certified copy of my Will and Testament to my first appointed General Executor and Guardian Malcolm Ali Bey

**FIFTH** : I did present a certified copy of my Will and Testament to my Second inline successor Tanisha Marie West, to my Third inline successor Toi Seing Jenkins, as all potential General Executors and Guardians for safe keeping until my death.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal at the geographic place known as Schenectady New York, on this 15 Day ~~Sept~~ Jan, of ~~2015~~ '16

*[signature: Tashano Jenkins]*

On this 27th day of January, 20 16 before me, the undersigned, personally appeared Tashano M. Jenkins, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same to he/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature: Susan A. Janiszak]*

Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/20 17

should be executed in front of a notary and a stand alone acknowledgment {notary certificate]

Document prepared by - Return to:

TASHANO JENKINS

c/o 523 Mumford St.

Schenectady, New York, [non domestic, without the United States]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Notice of Appointment to the Office of Executor for the Estate

Named Known as Tashano Malcolm Jenkins

Let it now be known and evident to all concerned persons or men worldwide through the Evidence and notice of this perfect free will writing sealed by my own hand - in an offer to bring peace, harmony, and wholeness to all of the world - that I, the living soul manifest, known as Man, Estate Hæres, and Dignitary, who acknowledges all that is the complete Will and Testament of the Estate named, or known as, Tashano Malcolm Jenkins - created, birthed, or delivered on the ▇ day of ▇▇▇▇ in the year of ▇▇▇, through the hand or water of my natural born mother or her person – now appoint from the family of Jenkins, Tashano Malcolm, to the Office of Executor, to act, should the need ever arise, within the commercial realm, for all intents and purposes, and with full and complete authority, regarding the Estate named, or known as, Tashano Malcolm Jenkins .

Let it also be known to all concerned persons worldwide, through this evidence and notice that the seal created by my own hand, exclusively for the Estate named, or known as, Tashano Jenkins – emanating from the Office of Executor - will be considered as the only valid authorization for any and all commercial or legal action(s) regarding said Estate.

Executed this 26Th, January 26, 2016

On this 26Th day of January, 20 16 before me, the undersigned, personally appeared Tashano M. Jenkins, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Susan A. Janiszak

Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/2017

by: Jenkins, Tashano Malcolm

WITNESSES

We the undersigned Witnesses hereby Stand and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

By: Jesse Hicks
c/o  1035 Bridge St  Schenectady, NY USA

By: Letricia Woody
c/o  805 Magnolia RD. AL , USA

Stand Alone acknowledgment [notary certificate]

On this 27th day of January, 2016, before me, the undersigned, personally appeared Jesse R. Hicks, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Susan A. Janiszak

Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/2017

On this 27th day of January, 2016, before me, the undersigned, personally appeared Letricia A. Woody, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same to her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Susan A. Janiszak

# Power Of Attorney

I Jeffery Lewis Hilts give Malcolm Tashono Jenkins Power of attorney to:

1. File Records,
2. Recieve Documents
3. Sign for and Submitt Legal and Private Documents

Expires: 1-1-17

He also has the Power to Sign my signature for said purpose.

By: Jeffery L. Hilts

State of New York   County of Schenectady
Subscribed and sworn to (or affirmed) before me on this 28 day of December, 2015 by JEFFERY HILTS
_____
Notary Public Signature

DARRELL ENNIS
Notary Public - State of New York
No. 01EN6332426
Qualified in Schenectady County
My Comm. Expires Nov. 2, 2019

# Last Will

I Jeffery Lewis Hilts in the case of my Death or in the event that I Become unable to funtion under my own accord Leave my personal and private property to my Brother William Lance Hilts Sr. He is to also be the Administrator and Executor of my trust and Estate.

<u>I So Declare !!!</u>

By: *Jeffrey L. Hilts*

State of New York · County of Schenectady
Subscribed and sworn to (or affirmed) before me on this 28 day of December 2015 by Jeffrey Hilts.

*Notary Public Signature*

DARRELL ENNIS
Notary Public - State of New York
No. 01EN6332426
Qualified in Schenectady County
My Comm. Expires Nov. 2, 2019