U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 2 5 2016
LAWRENCE K. BAERMAN, CLERK
ALBANY

DISTRIBUTION LIST A

TASHANO M. JENKINS, Estate
Office of the Executor
In Care of; 523 MUMFORD ST
SCHENECTADY[Non-domestic] Republic NEW YORK,(12307)

X April 9th 2016
------------------------
------------------------

TASHANO M. JENKINS, ESTATE EXECUTIVE NOTICE 1001

From:  Office of the General Executor, Jahteek Usheem Bey 98-6081954/

To:    Distribution List

Subj:  GRANTORS/TESTATORS ASSERTION OF RIGHT AND ACCEPTANCE TO OFF-
       ICE OF GENERAL EXECUTOR AND CHIEF ADMINISTRATOR FOR THE
       ESTATE OF TASHANO M. JENKINS

Ref:  (a)  Will and Testament/Affidavit Of Political Status for
TASHANO M. JENKINS filed in the United States District Court For the
Northern District of New York January 27 2016.

ucc-1 filing # 201510070514805


1.  Situation and purpose. To confirm by acknowledgement the
appointment of  Malcolm Ali Bey to the office of General Executor and
Chief Administrator for the Trust and all matters governing the Estate
of TASHANO MALCOLM JENKINS as per the intentions of the Grantor and
Testator's last will and testament filed within the The U.S District
Court of Northern New York, included by reference.


2.  Cancellation. This assertion cancels, voids, rescinds, revokes,
and repudiates, all policy, statutes, contracts, and presumptions of
presumed executorial or administrative authority.  This appointment is
valid from your receipt of this notice, bearing the seal of the
General Executor.


3.  Mission/Objective. To publish and promulgate the Testator and
Grantors Assertion of Right, and affirming the office of General
Executor and Chief Administrator for the estate of TASHANO M.
JENKINS /TASHANO MALCOLM JENKINS/T  M. JENKINS/ T.M.J and every
variation of an artificial entity, i.e."Collective Entity," known
herein both jointly and severally herein as the "Estate." while
maintaining a peaceful relationship with those "in care of" persons,
serving as trustees, fiduciaries, and public servants appointed by the

Executor, to serve the interests of the Estate. (See attached exhibit A)

Ucc-1 /#201510070514805    Form 56 Appointment of Fiduciaries.

4. <u>Execution</u>. As of 1500, April 9th 2016, Malcolm Ali Bey, who is a Moorish-American National, possessing Free-hold by Inheritance and Primogeniture Status, identified in the Will (reference A), assumes the General Executor and Chief Administrator for the estate and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. <u>Administration</u>.

    a.  All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executor and Chief Administrator for all matters regarding administration of claims against TASHANO M. JENKINS.

    b.  Any use or reference to the title TASHANO M. JENKINS by the Executor or Chief Administrator, including the titles- The Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer; In any format and/or rendering is always to refer to the Estate.

    c.  The Chief Administrator and General Executor is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace, and the Will.

    d.  The Chief Administrator and General Executor is not a public servant and any claim to the contrary must be proven by payroll records to include, alleged public servant title, and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction at every moment and all time(s).

    f.  The Grantor waives all compelled benefits of every type and kind.

    g.  Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions.  No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

DISTRIBUTION LIST A

    h. <u>Claims against the Estate</u>. All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, <u>shall not be paid</u>, without being presented to the office of General Executor for approval.

    (1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorised use of credits or interests without express consent, and upon being noticed by this order, constitutes fraud against the estate, and the committing of perjury by the individuals acting.

    i. <u>Notice to Trustees and Fiduciaries.</u> Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority and under seal of this office. Fiduciaries shall at no time improperly use the estates money, assets, property, services, or credit in the performance of, or as a result of, their official duties for activities that have not been approved by this office.

    j. <u>Notice to Public Officials and Trustees.</u>

    (1) Every person who, under colour of law, or any statute, ordinance, regulation, custom, or usage, of any state or territory, interferes, obstructs, deprives any rights, privileges, or immunities of the estate, shall be liable to the estate, without immunity, in an action at suit or other proper proceeding for redress.

    (2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities, as well as those of their spouses and/or dependants to the administration office of the estate.

    k. <u>Response to this Notice.</u> Response is not required, however any response received, of which purports the inability or refusal to perform in accordance with the guidance set-forth in this notice, must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set-forth in the Privacy Act of 1974 (Public Law 93-579), which shall serve to insure high standards of honesty, impartiality, character, and conduct as in accordance with Title 5 CFR Part 735. The Estate is relying on your silence as consent and assent to bound unto this agreement and the duties and obligations set-forth herein.

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

### Certification of Special Acknowledgment

I Malcolm Ali Bey attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator/Grantor/Settlor, Malcolm Ali Bey also known as Jenkins Tashano Malcolm ,a living breathing self-aware Man, not deceased, WHO IS ALSO the Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as TASHANO M. JENKINS (or any variation thereof).

I further acknowledge that this is my freewill act and Deed to execute my acknowledgment of my acceptance of the trust/real property/estate as well as lawful ownership of the real-property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this lawful court of record on this 9th day of MARCH 2016 executed this, the foregoing INSTRUMENT and acknowledged before me and executed the same as his FREE-WILL, ACT AND DEED.

Sincerely,

*Malcolm Ali Bey*

By: Malcolm Ali Bey
as  Executor/Administrator
for estate of TASHANO M. JENKINS

Copy to:
Distribution List A

*Rikki L Allert*
Rikki L Allert
Notary Public, State of New York
Qualified in Rensselaer County
No. 01AL6325275
Commission Expires May 26, 2019

cc;

Attn: Cesar Perales acting/DBA as
Secretary of State Department of State,
One Commerce Plaza, 99 Washington Ave
Albany, NY 12231-0001

Attn: Penny Pritzker acting/DBA as
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, D.C. 20230

Attn: Michael C. Bodson /DBA acting
President and Chief Executive Officer of DTCC
of the DTCC.
570 Washington Blvd,
Jersey City, NJ 07310

Attn: ANDREW M. CUOMO DBA / as
Governor of New York
State Capitol, Albany, NY 12224

Attn; **Eric Schneiderman** acting as/ DBA
Attorney General Office of the Attorney General
The Capitol
Albany, New York 12224-0341

Attn; **Anthony Foxx** acting / DBA as **Secretary of Transportation**
Department of Transportation
1200 New Jersey Ave SE, Washington, DC 20590

16019030-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Department of State of the State(s) of New York, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twelfth day of February, 2016.

By _____

Secretary of State

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

United States of America

# State of New York
# Department of State

y certified, that **Nancy T. Sunshine** was Clerk of County of **Kings** in the State of New York, and

e Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate,

uthorized to grant same; that the seal affixed to said certificate is the seal of said County and Court;

testation thereof of said Clerk is in due form and executed by the proper officer; and that full faith

may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

Witness my hand at the city of Albany

this 26th day of **January Two Thousand and Sixteen**



*Whitney A. Clark*

Whitney A. Clark
Special Deputy Secretary of State

525769
C(REV: 09/25/12)

STATE OF NEW YORK
COUNTY OF KINGS
COUNTY CLERK'S OFFICE

I, Nancy T. Sunshine, County Clerk of the County of Kings, and the State of New York and also Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT *** FILE 01TO6160821 *** 019

Whose name is subscribed to the deposition, certificate of acknowledgment or proof taken or made, and named a NOTARY PUBLIC in and for the State of New York, was commissioned and sworn and qualified to act as such; that the records of this office show that pursuant to law a commission, official oath, a certificate of character, and autograph signature have been filed in this office; that said Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this state, to protest notes, and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public, or have compared the signature on the annexed instrument with the autograph signature deposited in my office, ORIGINAL

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Brooklyn, New York

*Nancy T. Sunshine* (signature)

NANCY T. SUNSHINE
KINGS COUNTY CLERK



## AFFIDAVIT OF OWNERSHIP

State of New York }

             } SS

County of Albany }

RE: Birth Certificate

I, Tashano Malcolm Jenkins an or any variations thereof, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said birth certificate is the same party as one of the owners named in said certificate of title.

_____
Signature

Signed and sworn to before me this __31st__ day of __August__,
20_15_.

_____
Notary Public  My Commission Expires

Marlene J. Dion
Notary Public - State of New York
04DI6208986
Qualified in Albany County
Commission Expires 07/27/20_17_

---



**STATE OF NEW YORK**   } SS.:
**COUNTY OF ALBANY CLERK'S OFFICE**

I, BRUCE A. HIDLEY, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby certify that __Marlene J. Dion__ whose name is subscribed to the certificate of proof or acknowledgement of the annexed instrument and thereon written, or whose name is subscribed to the annexed jurat, was at the time of taking such proof or acknowledgement, or of administering such oath or affirmation a __Notary__ in and for said __Albany__ residing therein, duly commissioned and sworn, and authorized by the laws of said State to take the acknowledgement and proofs of deed for conveyances for land, tenements, or hereditaments and to administer oaths of affirmations in said county. And further, that I am well acquainted with the handwriting of said officer and verily believe that the signature to said jurat or certificate of proof or acknowledgement is genuine. That impression of seal of such officer is not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the ___ day of __August__ __2015__

                                            Clerk