16019030-1

1:16-mc-00003

# United States of America



U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 0 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Department of State of the State(s) of New York, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twelfth day of February, 2016.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*



Secretary of State

By_____

Assistant Authentication Officer,
Department of State

**STATE OF NEW YO...**
**COUNTY OF KI...**
**COUNTY CLE...**

I, Na... ...nshine, County Clerk o... ...ounty of Kings, ... ...ew York ... ...lerk of the Supreme Co... ...d for said Count... ...e, the sa... ...ing a Court of Record an... ...seal;

DO ... CERTIFY THAT ... ...E 01TO6160821 ... ...019

W... ...name is subscribe... ...ition, certificate o... ...ledgment or pro... ...ame a NOTARY PUBLIC... in and for the S... ...d and sworn and qua... to act as su... ...hat pursuant to la... ...mission, o... ...racter, and autograph si... ...have bee... ...he Notary Public was du... ...orized by th... ...erk to administer oaths and aff... ...ions, to receiv... ...ment or proof of ...eds mo... ...powers of atto... ...written instruments for la... tene... ...d hereditament... ...e... or recorded... ...ate, to pro... ...n and to take an... ...affidavits... deposit... ...hat I am we... ...ed with the... ...ing of such...otary Public... compare... ...ure on the annexed instrument with the... ...h signature o... ...my office.

IN WITNESS W... ...unto set... ...my official seal at Brooklyn, ...

NANCY T. SUNSHINE
KINGS COUNTY CLERK

# CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.



DATE OF BIRTH: ██████████████

CERTIFICATE: 156-70-334466

BOROUGH: BROOKLYN

DATE FILED: ████████████████

DATE ISSUED: 01-20-2016

NAME: TASHANO MALCOLM JENKINS

SEX: MALE

MOTHER/PARENT'S NAME: GRETA HAWKIN

FATHER/PARENT'S NAME: ARNOLD JENKINS

Steven P. Schwartz, PhD
City Register

To accept this transcript, the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code. It the persons is the transcript are violators of any provision of this Health Code or any other law.

N 00998766

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*United States of America*

## State of New York
## Department of State

*It is hereby certified, that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

***In Testimony Whereof,*** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of Albany*

*this 20th day of **May Two Thousand and Sixteen***



Whitney A. Clark
Special Deputy Secretary of State

*588427*
*210CC(REV: 09/25/12)*

Susan A. Janiszak
Notary Public-State of New York
04JA6209391
Qualified In Albany County
Commission expires 07/27/20

On this _____ day of _____, 20____ before me, the undersigned, personally appeared _Tashano M. J_____ personally known to me or proved to me on the basis of satisfactory evidence to be the _____ whose name is subscribed to the within instrument and acknowledged to me that __ executed the same to her his capacity, and that by his her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

## Affidavit of Beneficial Ownership of
## TASHANO MALCOLM

I, am familiar with the facts recited below; and hereby declare under penalty of perjury that

1. I am the party named in the birth certificate attached and made part hereof:

    Certificate of Live Birth, 156-70-334466, registered with NEW YORK CITY DEPARTMENT OF HEALTH DIVISION OF VITAL STATISTICS, received on Sept 7th ,1970 ; and that,

1. I am using this Affidavit to document the status of ownership over the principle, interest, and all accounts of the TASHANO MALCOLM JENKINS; and that,

2. I am the registered owner of the TASHANO MALCOLM JENKINS and that

3. The registrar of titles shall treat me as having attained the age of the majority; and that

4. My date of birth is at SEPT 7, 1970; and that

5. My place of birth is near the geographical location commonly known as Kings County Brooklyn , New York, an entity formed within the constitutional republic of the United States of America, within the Indigenes of Amexem (the Americas), Al Moroccan (American) Continents, in an outlying possession of the United States; and that,

6. I am the holder in due course securing 100% of the beneficial interest in the property to which this affidavit relates, and that;

7. I am the sole power to accept, receive, transfer, disburse, or convey 100% of the proceeds profits, income, and revenue arising out of the property to which this Certificate of Title relates; and that,

8. I hold all investment powers, which includes the power to dispose, or to direct the disposition of, such portion of Certificate of Title held by the Trust; and that,

9. I authorizes this affidavit to be provided to any withholding agent that has control, receipt or custody of the profits, proceeds, revenue, or income derived from the property subject to the attached Certificate of Title; and that,

**I hereby declare under penalty of perjury that the above information is complete, correct, and true to the best of my knowledge.**

by: Jenkins, Tashano Malcolm, Owner

WITNESSES

We the undersigned Witnesses hereby stand and attest that the fore-signed, signed this document on the date listed supra, of their own free will, as witnessed by our signatures below:

**STATE OF NEW YORK**
**COUNTY OF ALBANY CLERK'S OFFICE** } ss.:

I, BRUCE A. HIDLEY, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby certify that _____ whose name is subscribed to the certificate of proof or acknowledgement of the annexed instrument and thereon written, or whose name is subscribed to the annexed jurat, was at the time of taking such proof or acknowledgement, or of administering such oath or affirmation a ____Notary____ in and for said ____Albany____ residing therein, duly commissioned and sworn, and authorized by the laws of said State to take the acknowledgement and proofs of deed or conveyances for land, tenements, or hereditaments and to administer oaths or affirmations in said county; And further, that I am well acquainted with the handwriting of said officer and verify believe that the signature to said jurat or certificate of proof or acknowledgement is genuine. That impression of seal of such officer is not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the _____ day of _____ 2016.

...................................................... Clerk

DISTRIBUTION LIST A

TASHANO MALCOLM JENKINS , Estate
Office of the Executor
General- Post Office
SCENECTADY[Non-domestic] NEW YORK-Republic , [12307]

X May 4th  2016
------------------------
------------------------

TASHANO MALCOLM JENKINS , ESTATE EXECUTIVE NOTICE 1001

From:  Office of the General Executor, Malcolm Ali Bey  98-6081954/

To:   Distribution List

Subj:   GRANTORS/TESTATORS ASSERTION OF RIGHT AND ACCEPTANCE TO
         OFFICE OF GENERAL EXECUTOR AND CHIEF ADMINISTRATOR FOR THE
         ESTATE OF TASHANO MALCOLM JENKINS .

Ref: (a) Will and Testament/Affidavit Of Political Status for TASHANO MALCOLM JENKINS  filed at
the Schenectady County Register/Recorder Of deeds and in United States District Court For the Northern
District of New York May 4th 2016.

Filing #  *1 : 16 -MC - 3*

1.  Situation and purpose. To confirm by acknowledgement the appointment of Malcolm Ali Bey to the
office of General Executor and Chief Administrator for the Trust and all matters governing the Estate of
TASHANO MALCOLM JENKINS  as per the intentions of the Grantor and Testator's last will and
testament filed within the The U.S District Court of Northern New York, included by reference.

2.  Cancellation. This assertion cancels, voids, rescinds, revokes, and repudiates, all policy, statutes,
contracts, and presumptions of presumed executorial or administrative authority.  This appointment is
valid from your receipt of this notice, bearing the seal of the General Executor.

3.  Mission/Objective. To publish and promulgate the Testator and Grantors Assertion of Right, and
affirming the office of General Executor and Chief Administrator for the estate of TASHANO
MALCOLM JENKINS  / JENKINS T MALCOLM /TASHANO M. JENKINS/ T.M.J/ and every
variation of an artificial entity, i.e."Collective Entity," known herein both jointly and severally herein as
the "Estate." while maintaining a peaceful relationship with those "in care of" persons, serving as
trustees, fiduciaries, and public servants appointed by the Executor, to serve the interests of the Estate
.See attached exhibit A)

UCC Filling # 2015 1007 0514805

4. Execution. As of 1600, 18th March 2016, Malcolm Ali Bey, who is a Moorish-American National, possessing Free-hold by Inheritance and Primogeniture Status, identified in the Will (reference A), assumes the General Executor and Chief Administrator for the estate, Nunc Pro Tunc, and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. Administration.

a. All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executor and Chief Administrator for all matters regarding administration of claims against TASHANO MALCOLM JENKINS Estate.

b. Any use or reference to the title TASHANO MALCOLM JENKINS by the Executor or Chief Administrator, including the titles- The Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer; In any format and/or rendering is always to refer to the Estate.

c. The Chief Administrator and General Executor is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace, and the Will.

d. The Chief Administrator and General Executor is not a public servant and any claim to the contrary must be proven by payroll records to include, alleged public servant title, and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction at every moment and all time(s).

f. The Grantor waives all compelled benefits of every type and kind.

g. Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

h. Claims against the Estate. All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, shall not be paid, without being presented to the office of General Executor for approval. We hereby disavow the State having any Filial rights over Us for the first time; We hereby disavow the State having any Filial rights over Us for the second time; We hereby disavow the State having any Filial rights over Us before the Divine Creator and all in the Heavens an Earths.

(1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorised use of credits or interests without express consent, and upon being noticed by this order, constitutes fraud against the estate, and the committing of perjury by the individuals acting.

DISTRIBUTION LIST A

i. Notice to Trustees and Fiduciaries. Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority and under seal of this office. Fiduciaries shall at no time improperly use the estates money, assets, property, services, or credit in the performance of, or as a result of, their official duties for activities that have not been approved by this office.

j. Notice to Public Officials and Trustees.

Every person who, under colour of law, or any statute, ordinance, regulation, custom, or usage, of any state or territory, interferes, obstructs, deprives any rights, privileges, or immunities of the estate, shall be liable to the estate, without immunity, in an action at suit or other proper proceeding for redress.

Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities, as well as those of their spouses and/or dependants to the administration office of the estate.

Let it be known that I hereby appoint Public servants; Schenectady County Judge. Matthew J. Sypniewski , Schenectady City Court Judge Mark J. Caruso , Schenectady County Family Judge  Mark L. Powers  , New York Attorney General  Eric Schnieterman, New York Governor Andrew Mark Cuomo, Secretary Of State Cesar Augusto Perales as fiduciaries over the Estate; And

they are hereby ordered to withdraw all charges against the Estate, grant the Estate a full pardon of all charges against the Estate and award  the relief sought in petitioner's Motion for Default judgement, which was filed in the US Northern District Court on May 29th 2016 . This is the said public servants only orders and responsibilities. Any other action is unauthorised and will be deemed null and void by this Court, which is the Executor's Office. As the General Executor, I, Malcolm Ali Bey give the said public severant's 10 days to execute my orders. Failure to do so will result in breach of fiduciaries duties, which is Trust Law, the highest law, being violated and total disregard towards the highest office, which is the Office of General Executor, the Court.

k. Response to this Notice. Response is not required, however any response received, of which purports the inability or refusal to perform in accordance with the guidance set-forth in this notice, must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set-forth in the Privacy Act of 1974 (Public Law 93-579), which shall serve to insure high standards of honesty, impartiality, character, and conduct as in accordance with Title 5 CFR Part 735. The Estate is relying on your silence as consent and assent to bound unto this agreement and the duties and obligations set-forth herein.
The All CAPS NAME is Foreign to the US and the States. It is Immune under the Foreign Immunities act, because it is a creditor. In 28 USC1300, et al (FSIA) " Foreign State"

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

Certification of Special Acknowledgment

I Malcolm Ali Bey attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator/Grantor/Settlor, Malcolm Ali Bey, a living breathing self-aware Man, not deceased, WHO IS ALSO the Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as TASHANO MALCOLM JENKINS (or any variation thereof).

I further acknowledge that this is my freewill act and Deed to execute my acknowledgment of my acceptance of the trust/real property/estate as well as lawful ownership of the real-property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this lawful court of record on this ___16th___ day of May 2016 executed this, the foregoing INSTRUMENT and acknowledged before me and executed the same as his FREE-WILL, ACT AND DEED.

### NOTICE TO PRINCIPAL IS NOTICE TO THE AGENTS-
### NOTICE TO THE AGENTS IS NOTICE TO PRINCIPLE.

### CERTIFICATION OF SPECIAL ACKNOWLEDGEMENT

I , Malcolm Ali Bey, attest and affirm that the aforementioned is true and correct , attested to and submitted by the chief Administrator/Grantor /Settlor /Creditor, Malcolm Ali Bey, a living breathing self-aware Man, not diseased, who is also the executor / Director/ Sole shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name State ( Foreign or otherwise) and or corporation of the legal person known by, referred to or rendered as TASHANO MALCOLM JENKINS .

I further acknowledge that this is my free will deed and act to execute my acknowledgment of my acceptance of the trust/real property/Estate, as well as lawful control of the real property/Estate/ Corporation/Trust, be it said, be it documented done in/ on/ and for the record in this lawful court of record on this 4th day of 2016.

Sincerely,

_AKA ,_   By: Malcolm Ali Bey
as Executor/Administrator
for estate of TASHANO MALCOLM JENKINS

Copy to:
Distribution List A

Before me, personally appeared TAShano MALcoLm JenKus
and Swom to before me this _____ day
of _____ , 20__

RICK A. STROHM
Notary Public, State of New York
Qualified in Montgomery County
N   01S15093069
Commission Expires July 18, 20__

DISTRIBUTION LIST A

State of New York )
)ss **JURAT**
County of Albany )

On this 4th day of May in the year 2016, before me, the undersigned notary public, personally appeared Malcolm Ali Bey, known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

**Notary/Witness**

RICK A. STROHM
Notary Public State of New York
Qualified in Montgomery County
No. 01S1503069
Commission Expires July 18, 20___

**VERIFICATION**

**STATE OF NEW YORK**

**SS.NOTICE**

**COUNTY OF ALBANY**

I, Malcolm Ali Bey, pusuant to title 28,USC Section 1746 (1) and executed "Without the  United States", I affirm under the penalty of purjury under the laws of the united States of America that the foregoing is true and correct, to the best of my belief and informed knowledge. ( All Rights Reserved Without Prejudice; (U.C.C 1-207/1-308, UCC, 1-103.)

Signed on this 4th day of May 2016 , by the undersigned authority:

Respectfully Submitted,

by: Executor _____
A/K/A Malcolm ali Bey
Office Of The Executor.
General- Post Office
29 Jay Street
Schenectady[Non-Domestic]
New York near[12307]

## Certificate Of Service

I hereby certify that a true an correct copy of the foregoing has been furnished by U.S Mail to :
**The Clerk Of the New York Northern District Court** US District Court Northern District of New York
James T. Foley Courthouse Suite 509 445 Broadway Albany, NY 12207. the State Attorney General
Office **Eric Schniederman**: Department Of state , Secretary Of State,**Cesar Perales** : The Governor Of
New York **Andrew Mark Cuomo** NYS State Capitol Building
Albany, NY 12224 **and Schenectady County Judge. Matthew J. Sypniewski , Schenectady City
Court Judge Mark J. Caruso , Schenectady County Family Judge  Mark L. Powers  , on** this 4th day
of May 2016.

Respectfully Submitted,

by; Executor
TASHANO MALCOLM JENKINS ESTATE
Office Of Executor.
General Post Office.
29 Jay St.
Schenectady [non-domestic] near [12307]

CC;

Out
Copies

# GENERAL DURABLE POWER OF ATTORNEY

I, Souft'Allah Jenkins , make this General Durable Power of Attorney ("Power"), and appoint
Tashand Jenkins of Schenectady County, New York , as my attorney-in-fact ("Agent") with the following
powers to be exercised in my name and for my benefit:

## 1. General Grant of Power
To do anything that I have a right or duty to do, now or in the future.

## 2. Real and Personal Property
To maintain, transfer, encumber, and manage any of my real and personal property.

## 3. Motor Vehicles
To apply for a certificate of title upon, and endorse and transfer title thereto, for any
automobile, or other motor vehicle, and to represent in such transfer assignment that the title to
said motor vehicle is free and clear of all liens and encumbrances except those specifically set
forth in such transfer assignments.

## 4. Business
To collect money and manage my real and personal property, to transact business for me,
to conduct any business in which I may be engaged, and to carry out or amend any agreement to
which I may be a party.

## 5. Borrow
To borrow money and sign promissory notes that are either unsecured or secured by any
of my real or personal property.

## 6. Debts and Expenses
To pay bills and other debts and all reasonable expenses for the management of my
property and the support of myself and my dependents, including reasonable compensation for
the services of my Agent and agents my Agent may employ in the management of any of my
affairs.

## 7. Banking
To carry on all my ordinary banking business by depositing funds (by check or other
negotiable paper) and withdrawing funds (by check or withdrawal slip) in and from any bank,
savings and loan, or other financial institution.

## 8. Safe Deposit Box
To access, or to withdraw or change the contents of, any safe deposit box of which I am
tenant or co-tenant.

## 9. Investments
To invest in stock, bonds, and any other investment which my Agent may deem proper;
to receive and reinvest stock dividends, sign proxies, vote at stockholder meetings, and sell
shares of stock; to reduce the interest rate of any mortgage or land contract; to instruct any
brokerage firm with respect to these investments.

## 10. Insurance and Employee Benefit Plans
To exercise all powers concerning any insurance policies in which I may have an interest;
except my Agent will have no power over life insurance policies I may own on my Agent's life;
to exercise all powers concerning employee benefit plans.

## 11. Social Security and other Governmental Benefits
To apply for social security and other governmental benefits to which I may be entitled,
and to endorse government checks that are payable to me.

## 12. Legal Actions and Settlements
To begin or defend any legal actions and settle any claims that involve me or my
property.



### 13. Tax Returns

To prepare, sign and file income or other tax returns and other tax related documents; to pay taxes and any interest or penalty on or additions to taxes; to represent me before any administrative tax authority; to pay taxes and employ agents for any of these purposes for all tax years.

### 14. Gifts

To continue to complete any gifts or gift program of mine with any of my real estate or personal property, to my spouse, any of my children, their spouses, or their descendants, or to any charitable organization; to make such gifts as my Agent may deem proper either outright, in trust, and in custodianship, and including charitable gifts and charitable pledges, all in the sole discretion of my Agent.

### 15. Funding of Trusts

To make any transfer of my property to any Revocable Living Trust of which I am the Settlor or Irrevocable Trust of which I am the Grantor established prior to my incapacity.

### 16. IRA Accounts

To deal with my IRA accounts with respect to making investments, transfers and taking minimum distributions required in compliance with all tax laws including, but not limited to:

a. opening or closing accounts within my IRA accounts.

b. making withdrawals from my IRA accounts and to direct that the distribution of these funds be made to other checking or savings accounts or as a cash withdrawal.

c. withdrawing a minimum distribution as required by the law.

d. changing the title on my accounts from sole owner to a revocable living trust, if a revocable living trust has been established.

e. making a roll-over contribution to or from my deceased spouse's retirement account and to or from my retirement account.

f. making a roll-over contribution from one IRA account that I own to another IRA account.

g. closing my IRA accounts with one financial institution and making a roll-over contribution to another financial institution.

h. closing my IRA accounts and withdrawing all the funds.

i. acting in my name as current or future rules and regulations require.

### 17. Restrictions on Agent's Powers

My Agent:

a. cannot sign a Will, or Codicil (amendment to a will), or Trust on my behalf; however, my Agent can sign a custodial agreement with a bank which has trust powers.

b. cannot divert my assets to my Agent or my Agent's creditors or estate, except as a gift described in paragraph 14.

c. is a fiduciary and possesses no general or limited power of appointment.

d. has no authority to exercise any powers, the exercise of which would cause my assets to be considered as taxable in my Agent's estate for federal estate tax or any state's inheritance or estate tax.

### 18. Interpretation and Governing Law

This document is to be interpreted under Michigan law as a general durable power of attorney. Paragraph headings are for convenience only and must not be used to interpret this document. Statements of specific powers do not restrict general powers granted to my Agent.

### 19. Third-Party Reliance

Third parties have the right to rely on my Agent's representation of any power that I have granted to my Agent. Any person who relies on these representations will not be liable to me or my estate for his reliance. To induce third parties to rely on this Power, I warrant that if this Power is revoked by me or otherwise terminated, I will indemnify any third party from any loss suffered or liability incurred in good faith reliance on the authority of my Agent before the third party knows of revocation or termination. This warranty binds my personal representatives and successors.

### 20. Photographic Copies

My Agent has the right to make copies of this Power, and anyone has the right to rely on these copies as though they were originals. Anyone who relies on my Agent's representations, or on a copy of this Power, will not be liable for permitting my Agent to act under this Power.

## 21. Power of Substitution

My Agent shall perform all and every act and thing whatsoever requisite and necessary to be done, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation. I hereby ratify and confirm all that my Agent, or my Agent's substitute or substitutes, shall lawfully do or cause to be done by virtue hereof.

## 22. Termination

This Power will not be affected by my disability or by any uncertainty as to whether I am alive, but will be terminated by my written revocation or by my death.

## 23. HIPAA Authorization

This instrument is meant to be an unlimited, full and complete authorization for the release of any and all protected medical information as defined under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 USC 1320d and 45 CFR 160-164, as amended, and under the rules and regulations thereunder, and covers all protected information. It is understood that my attorney to whom this authorization is given has my permission to use and disseminate this information in my attorney's sole discretion.

a. I intend for my attorney to be treated as I would be with respect to my rights regarding the use and disclosure of my individually identifiable health information or other medical records. This release authority applies to any information governed by HIPAA.

b. I authorize any physician, health care professional, dentist, health plan, hospital, clinic, laboratory, pharmacy or other covered health care provider, any insurance company and the Medical Information Bureau, Inc. or other health care clearinghouse that has provided treatment or services to me or that has paid for or is seeking payment from me for such services to give, disclose and release to my attorney, without restriction, all my individually identifiable health information and medical records, including all information relating to the diagnosis and treatment of HIV/AIDS, sexually transmitted diseases, mental illness and drug or alcohol abuse.

c. The authority given my attorney shall supersede any prior agreement that I may have made with my health care providers to restrict access to or disclosure of my individually identifiable health information.

d. The authority given my attorney has no expiration date and shall expire only in the event that I revoke the authority in writing and deliver it to my health care provider.

## 24. Alternate Attorney-In-Fact

In the event Tashano Jenkins is unable to act for any reason whatsoever, then I appoint Yahminah Jenkins of Albany County New York, the authority to act under this Power of Attorney.

## 25. Revocations.

I hereby revoke any and all prior General Durable Powers of Attorney executed by me.

Date:

Witnessed by; Signed by:

_Saryfallah Jenkins_

Acknowledged before me in Albany County, New York, on ___6/18/12___, by

_Janet L. Cusson_

Notary Stamp; Notary Signature:

1945-7.bus

JANET CUSSON
Notary Public, State of New York
No. 01CU6042785
Qualified in Albany County
Commission Expires June 5 _2014_

*It is hereby certified, that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of Albany*

*this 20th day of **May Two Thousand and Sixteen***



Whitney A. Clark
Special Deputy Secretary of State

588423
210CC(REV: 09/25/12)

2.  UNITED STATES SUPREME COURT: SUPREME COURT
    (Underhill v. Hernandez 168 US 250, 18 S. Ct. 83, 42 L. Ed. 456)

3.  RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D.
    (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF
    THEIR NAMES),

4.  UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS –
    HUMAN RIGHTS, ARTICLE FIFTEEN (15).

# AFFIDAVIT OF POLITICAL STATUS

**RETURN ADDRESS:**

Jenkins Tashano Malcolm

PO Box 250

Schenectady, New York

SPACE ABOVE THIS LINE FOR RECORDER'S USE

declare this is an Affidavit of Political Status and this includes all attached documents.

GRANTOR:  TASHANO M.JENKINS
Grantee:  Tashano M. Jenkins

L.S. Jenkins Tashano Malcolm, Secured Party Creditor

Date

m: : iblici sui Juris / Affidavit
ssio: one Supreme Court

### Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

Tashano Malcolm Jenkins, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural b∙ vine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within New York State, a Republic, of∙ institutional Township, Schenectady, within the body of a constitutional county, Schenectady, the proper jurisdiction of a Common Law thereto, emnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingd∙ Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minis∙ mbassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for∙ ited States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unallena∙ ghts/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate)∙ ∙ans of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralt∙ titicus U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "drive∙ ∙/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecat∙ ∙orate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the La∙ ∙nide, but are not limited to, the UNITED STATES, U.S., US, STATE OF NEW YORK , COUNTY OF SCHENECTADY, CITY OF SCHENECTA∙ SHANO MALCOLM JENKINS, TASHANO JENKINS, T M. JENKINS , JENKINS TASHANO MALCOLM, or any variation thereof, # 072-58XXX, etc. T∙ ctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting∙ ∙rporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in law∙ ∙il/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absol∙ ∙operties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can ma∙ ∙ necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Numbe∙ ∙ has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the Internatio∙ ∙istration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenshi∙ ∙ well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation∙ ∙zure of any kind or any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages∙ ∙ n Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article∙ ∙ction 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only∙ ∙maging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State∙ WYORK), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel∙ ∙quiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to∙ ∙plied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the serv∙ ∙aranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all erro∙ ∙uries, wrongs, and damages at any time applied or/attached to Me pursuant to Congressional demand within 15 Stat. Ch 249.  Dat∙ ritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: SEPT 7TH 1970.

_Tashano Jenkins_        _10/6/15_
Me, American, Private, Christian, Sentient;        Date
Sovereign; Divine Inhabitant within North America; within NEW YORK STATE, a Republic;
"within" a constitutional county and a constitutional township republic.
". . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_signature_                                 _signature_
/ine, Sentient, and Common Law Witness    Date        Divine, Sentient, and Common Law Witness    Date

---

### Archetype

rm: publici sui Juris / Affidavit
ssion: one Supreme Court

### Act of State
### Primary Signature Certification
### (Convention de La Haye du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

_Tashano Jenkins_                              , do hereby certify the Sentient signature on the Archetype document enclosed to be a tr∙ ∙rect, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signatu∙ ∙itograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hag∙ ∙nference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Pu∙ ∙∙uments. It was on 15 October 1961 in which the United States declared no being a signatory to this Convention, and this procedure is resu∙

orm: publici sui juris / Affidavit
ession: one Supreme Court

**Archetype**

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, ToSHANO JENKINS _____, do hereby certify the Sentient signature on the Archetype document enclosed to b
orrect, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of s
utograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to th
onference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Forei
ocuments. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is
or the legalization of administrative/judicial documents as herein enclosed.

he State of NEW YORK

he County of ALBANY

Acknowledged before me the _10th_ day of _October_ 2015 A.D.

:ASE BEFORE PRINTING- Place Your Autograph Here

entient Citizen; Autograph

postille Number: 468462

(applied manually upon issuance)

*ERASE BEFORE PRINTING- Place Notary Signature Here*

Notary Signature

Marlene J. Dion
Notary Public - State of New York
04D16208386
Qualified in Albany County -
Commission Expires 07/27/20_17_

*Reaffirmation of Character and Renunciation of Attempted Expatriation / Act of State*



I, Malcolm Ali , being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, TASHANO MALCOLM JENKINS, do hereby refute the Fraud; make Public and Publish my Corrected National Title; Declare and Affirm truly, 'In Sui Heredes' my Corrected Status; and reclaim my Rightful Social and Cultural Life of the State; in accord with the Moorish-American Society of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully Obtained and Proclaimed my Nationality, as a Moor, and Birthright 'Identity and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish-American Society; being Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Identity and Standing in Law; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish-American Consanguine Pedigree and National Honor.

Let it be Declared, Known, Published, and Resolved that: I Am: Malcolm Ali Bey, A living spirit and breathing flesh and flowing blood man' in my proper self and standing, by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
   (Underhill v. Hernandez 168 US 250, 18 S. Ct. 83, 42 L. Ed. 456)

3. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D.
   (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

4. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS, ARTICLE FIFTEEN (15).

RATION OF RIGHTS OF INDIGENOUS PEOPLE – UNITED
IS – ARTICLE THIRTY-SEVEN (37).

RSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS –
N RIGHTS, ARTICLE SIX (6).

) STATES CODE, TITLE EIGHTEEN (18), PART ONE (1), CHAPTER
OUR-ONE (241).

) OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL
BLY – PART ONE (1), ARTICLE FOUR (4).

20lm Ali Bey, being 'Part and Parcel' named herein, and by Birthright,
Inheritance, make a Lawful Entry of Affidavit and Public Notification of
ation; Identity and Status Correction Claim; Declaration, Affirmation, and
h Published for the Public Record.

I Am: _____
A Free and Sovereign Moorish-American National, In Propria Persona Sui Juris
(Northwest Amexem / Northwest Africa / North America
In Sui Heredes

Witness: _____
A Free and Sovereign Moorish-American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
In Sui Heredes

Witness: _____

**STATE OF NEW YORK**
**COUNTY OF ALBANY CLERK'S OFFICE** } SS.:

I, BRUCE A. HIDLEY, Clerk of the said County, and also Clerk of the Supreme and
County Courts, being Courts of Record held therein, and having by law a seal, do hereby
certify that _____ whose name is
subscribed to the certificate of proof or acknowledgement of the annexed instrument and
thereon written, or whose name is subscribed to the annexed jurat, was at the time of
taking such proof or acknowledgment, or of administering such oath or affirmation
... ... ... ... certified therein, duly commissioned

*It is hereby certified, that **Bruce A. Hidley** was Clerk of County of **Albany** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of Albany*

*this **20th** day of **May** Two Thousand and **Sixteen***



Whitney A. Clark
Special Deputy Secretary of State

588424
210CC(REV: 09/25/12)

<u>CASE BY SPECIAL LEGISLATION, EXCEPT WITH THE FREE CONSENT IN
WRITING OF ALL PERSONS TO BE AFFECTED THEREBY; AND MOTION TO
INTERVENE WITH AN INJUNCTION FOR NAME JENKINS TASHANO,
MALCOLM dba TASHANO MALCOLM JENKINS AND NOTICE THAT
JENKINS,TASHANO MALCOLM  dba TASHANO MALCOLM JENKINS registered
agent for entity is secretary of the state of new york as its agent upon whom a Notice of
Claim against the public corporation may be served.</u>

Take Notice that pursuant 1846 New York State Constitution as ratified without
subsequent amendments article I bill of rights section IV

Article I. Section I. No member of this state shall be disenfranchised or deprived of any
rights or privileges secured to any citizen thereof, unless by the law of the land or
judgment of his peers.

Article I. Section II. The trial by jury, in all cases in which it has been heretofore used,
shall remain inviolate forever. But a jury trial may be waived by the parties in all civil
cases, in the manner to
be prescribed by law.

Article I. Section VII.  When private property shall be taken for any public use, the
compensation to be made therefore, when such compensation is not made
by the state, shall be ascertained by a jury, or by not less than three commissioners
appointed by a court of record, as shall be prescribed by law.

Article VI. Section III. There shall be a supreme court having jurisdiction in law and
equity.

Article XII. Section I. Members of the legislature, and all officers. executive and
judicial...shall, before they enter on the duties of their
respective offices, take and subscribe the following oath or affirmation:

"I do solemnly swear (or affirm, as the case may be) that I will support the Constitution
of the United

by your oaths to it. There will be a base charge of *Nine-thousand Dollars($9,000 USD)* plus applicable fees levied against you, your agencies, and or contractors for violation of this Injunction or any trespass of my unalienable rights protected by the 1846 New York State Constitution, and the 1791 ratification of the United States Constitution.

AND TAKE FUTHER NOTICE THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hours to answer then this contract becomes law.

STATE OF NEW YORK
COUNTY OF ALBANY CLERK'S OFFICE    ss.:

certify that _____ whose name is subscribed to the certificate of proof or acknowledgement of the annexed instrument and thereon written, or whose name is subscribed to the annexed jurat, was at the time of taking such proof or acknowledgement, or of administering such oath or affirmation a _____, in and for said _____, residing therein, duly commissioned and sworn, and authorized by the laws of said State to take the acknowledgement and proofs of deed or conveyance for land, tenements, or hereditaments and to administer oaths or affirmations in said county, and further, that I am well acquainted with the handwriting of said officer and verify believe that the signature to said jurat or certificate of proof or acknowledgement is genuine. That impression of seal of such officer is not required by law to be filed in my office.

I, BRUCE A. HIDLEY, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the _____ day of _____ _____ _____ Clerk

Attorney General

CC:

ALL RELEVANT County Sheriff / Mayor / Governor

( ANDREW M. CUOMO dba. NEW YORK GOVERNOR )

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)    *May 20th 2016*

**Malcolm Ali Bey**, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione **Jenkins Tashano Malcolm** : All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Amexem- North west / North America Territory
C/O Malcolm Ali Bey
29 Jay st.
PO Box 250
Schenectady, New York Republic [Zip Exempt]
Non-Domestic

To:
District Court of New York
Office of the Clerk
US District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany Territory, New York Republic
[12210] uSA

**Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties**

## Article VI

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

## Article 1, Section X

"All debts shall be payable in gold or silver coin"

## Amendment V

" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these

submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

**Amendment IX**
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:*

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: *Malcolm Ali Bey*
Malcolm Ali Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tashano Malcolm Jenkins>
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Schenectady New York Republic Territory
In Care Of : PO Box 250
Schenectady, New York -near [12305-9998]
Non-Domestic

New York State
Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

# CERTIFICATE OF RESIGNATION
# OF REGISTERED AGENT
# OF

## TASHANO MALCOLM JENKINS

*(Insert Name of Domestic Limited Liability Company)*

### Under Section 302(d) of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

## TASHANO MALCOLM JENKINS

If the name of the limited liability company has been changed, the name under which it was organized is:

**SECOND:** The date of filing of the original articles of organization with the Department of State is:

## SEPTEMBER 1970

**THIRD:** The registered agent hereby resigns.

**FOURTH:** *[check appropriate statement]*

☐ The undersigned registered agent has sent a copy of the certificate of resignation of registered agent by registered mail to the limited liability company at the address on file with the Department of State specified for the mailing of process.

☒ The address for service of process is the address of the registered agent. Therefore, the undersigned registered agent has sent a copy of the certificate of resignation of registered agent by registered mail to the office of the limited liability company.

X _____
*(Signature of Registered Agent)*

## Jenkins Tashano Malcolm
*(Type or Print Name of Registered Agent)*