Albany County Judicial Center
Stephen W. Herrick
DBA Hon. STEPHEN W. HERRICK
6 Lodge Street
Albany New York

Matthew Peluso, ESQUIRE
D.B.A Asistant District Attorney
6 Lodge Street
Albany New York 12207

Andrew Purrott, ESQUIRE
Albany County Conflict Defender
60 South Pearl Street
Albany , New York 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 0 3 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

1:16-mc-3

## Affadavit of Corpus Denial and Fraud

Fact#1: I was not aware that I sold my child to the state of NEW YORK.

Fact#2: The name of my child is in Capital letters making him a corporate entity.

Fact#3: My child is not a corporate entity, he is a flesh and blood living soul.

Fact#4: The Hon. STEPHEN W. HERRICK did not send me a copy of her oath of office as required by Public Law 30 (1)(H), the Office of the Court Administration, and the Uniform Justice Court Act and where her oath was filed into the public record.

Fact#5: Fraud was done to me [: Tashano of the family of Jenkins / Doral of the family of West / victim's:] by the state of NEW YORK, {transgressor}, DEPARTMENT OF HEALTH DIVISION OF VITAL STATISTICS, and the UNIVERSITY HOSPITAL OF BROOKLYN, and the UNITED STATES Incorporated, by not giving me full closure that when my child was born, I was selling him to corporations as chattel property slaves giving up all his rights to organized slavery.

Fact#6: Fraud voids a contract abinitio. I declare that the contract docket# 19-4060 / NYSID # 11699596R/ Index # DA 81-12 As fraudulent and void and I hereby void that agreement due to lack of full disclosure.

Fact#7: I , Jenkins Tashano – Malcolm father of [: Say'Fallah of the family of Jenkins / victim:], and myself are not a corporate fictions, and deny corporate existence. Corporations are artificial persons. My child and myself are living spirits of the Most High/ The Creator of the Universe an All that is..

Fact#8: The name SAYFALLAH JENKINS is a corporate fiction and not my child. The name is being used as a straw man and used my flesh and blood child as a slaves for sale and trafficking and human

cargo, which is illegal and is a violation of International Law.

Conclusion: My child as been kidnapped and taken from me under a false pretence, Title 18 United States code Section 1001 using 88

Affiant: fraudulent language to children The court operates as A Puerto Rican Court with a Puerto Rican who's Birth Certificate is titled in Puerto Rico. The flag of the United States is a title 4 U.S.C. flag. An Article 3 judge must preside in this case, and not a Puerto Rican judge. I do not give consent to any judge to represent my child in this matter. The Hon. STEPHEN W. HERRICK/ THE ALBANY CITY AND COUNTY COURT CLERKS, along with all of their sub agencies, SCENECTADY COUNTY SAINT CLAIRS HOSPITOL, and NEW YORK STATES DEPARTMENT OF HEALTH AND VITAL STATISTICS, who are selling children, do not have an oath to uphold my rights, but took an oath to support and defend the Constitution of the United States of AMERICA. The State of NEW YORK is Corporate fiction and New York Republic utilizes the Constitution.

Release sought: My child is not a corporate fiction My child is a flesh and blood organic living soul and I Malcolm Ali Bey aka Jenkins Tashano - Malcolm / as his flesh and blood father, require that the Order of the Court be released to me immediately. Send me the Vouchers. Truth is exposed in the form of an affidavit. An affidavit rebutted stands as the truth in commerce. An unrebutted affidavit stands as the judgment in. By: Jurat New York Republic Constitution for u.s. of A. Re: Case # 19-4060

---

AFFIDAVIT OF CORPORATE DENIAL Jurat Atlan; Ta [Earth] UNNM Constitution Certificate of Service This is for certifying that a true copy for foregoing document, Affidavit of Corporate Denial, Re: Case #19-4060 was done here on October 10th 2016 A.D Notice to Agent is Notice for principal, Notice for the principal is Notice for agent, and for all other matters and by Notice or all party(s) including any and all witnesses with first hand knowledge, all party(s) and all others claims pertaining for the Fiction dating for the year it was created. By Me:

NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any matter. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Europeans, Caananites, Hyksos, Pagans, Heathens, Settlers, Confederates, Strangers, Goyim, so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father, Asaru, In Septet(Sirius) and sahu(Orion, Known as Heaven) and repent, so they will no longer be alienated from their true Deity, Amun-Re. Sworn to and subscribed before me on

Affiant: *[signature]*

Octber 10th, 2016 AFFIDAVIT OF CORPORATE DENIAL Title 4 U.S.C §1-4 Federal and State Rules of; Civil Procedure
This sworn statement is a declaratory presentment to All city, state, local and Government officials, persons and citizens of the firm and complete denial that I Malcolm Ali Bey aka Tashano Jenkins father of Sayfallah Jenkins, the Living Soul, have never, with full knowledge and awareness, agree to or have established understanding, acceptance, or agreement of any sort to be identified as a Corporation, Constructive Trust, or any other variety of artificial entity Via the Social Security Act or Any Claim(s) against "SAYFALLAH JENKINS". It has recently come to my attention that the Schenctady County

Family Court Purposely Made presumptive allegations by use of the "idem sonans" SAY'FALLAH JENKINS. I father of , the Organic Living Soul, agree to in spite of lack of Knowledge or awareness of The Allegation(s) of myself or my child being a corporate, construction trust, or any other variety of artificial Entity merely by the all capital letter name. The entity "SAYFALLAH JENKINS IS NOT MY CHILD . I HAVE NO NEXUS WITH THAT ENTITY. My Child and myself , Say'Fallah Jenkins the Organic Living Soul, do hereby rebut any and all presumptions that have ever been made against him under the :idem sonas" deception of the nom de guerre SAYFALLAH JENKINS to be "Void Ab Initio". Case #19-4060 are forevermore declared to be "Void Ab Initio" as there was no legal validity for such at any time.

My child is a sovereign indigenous Organic Living Soul and enjoys all protections of His God /Given Rights so enumerated or reserved. There is no lawful or legal authority fore the National government, a creation of limited delegation of Rights of "We the people" [the Master] and thus a servant to the master to continue in such fraudulent conveyances. These facts and presentments in this Affidavit on behalf of the Living Soul , Say'fallah of the of Jenkins , are true and correct representation of the facts and thus concludes my affidavit.

WITHOUT RECOURSE 1-308

Respectfully Submitted: _____

Self aware living man by Special appearance

State of New York )
County of Schenectady ) ss.:        ACKNOWLEDGEMENT

On the 26th day of October in the year 2016 before me, the below signed, Notary appeared before me; Malcolm Ali of the family of Bey, known to me or proved to me on the basis of satisfactory evidence to be the living man who execute name is subscribed within the instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of individual
taking acknowledgment

RICK A. STROHM
Notary Public, State of New York
Qualified in Montgomery County
No. 01ST5030697
Commission Expires July 18, 20 18

This Affidavit is sworn to under penalties of perjury under the common law/U.C.C. 1-103.6 of the united States of America and without the United States .U.C.C. 1 -308 All Rights Reserved

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT NOTICE to PRINCIPAL**

| BID BOND | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB Control Number: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | | Expiration Date: 7/31/2019 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*
SAY'FALLAH O. JENKINS
US DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
JAMES T FOLEY COURTHOUSE SUITE 509
445 BROADWAY ALBANY NEW YORK 12207

**TYPE OF ORGANIZATION** *("X" one)*
[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER *(Specify)*

**STATE OF INCORPORATION**
NEW YORK (BC#)L6421516 LOCAL REG#679

**SURETY(IES)** *(Name and business address)*
TASHANO M. JENKINS
DEPOSITORY TRUST COMPANY
15 WATER ST. NEW YORK, NEW YORK 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE 12/12/2011 | INVITATION NUMBER CASE # 11120602 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, Supplies or Services)* | |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS: "Malcolm Ali Bey"  "Melissa Hampton"

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. *Jen... Malcolm* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) *(Typed)* | 1. JENKINS TASHANO 100 % TITLE HOLDER | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 24** (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

# PERFORMANCE BOND
(See instructions on reverse)

DATE BOND EXECUTED (Must be same or later than date of contract)
11/03/2016

OMB Control Number: 9000-0045
Expiration Date: 7/31/2019

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)
TASHANO M. JENKINS
29 JAY ST.
SCHENECTADY NEW YORK 12307

**TYPE OF ORGANIZATION** ("X" one)
[X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE
[ ] CORPORATION   [ ] OTHER (Specify)

**STATE OF INCORPORATION**
NEW YORK (BC#)L6421516 LOCAL REG.#679

**SURETY(IES)** (Name(s) and business address(es))
TASHANO MALCOLM JENKINS
DEPOSITORY TRUST COMPANY
15 WATER ST. NEW YORK, NEW YORK 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 09/31/2016 | CASE # 19-4060/1112 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Jenkins Tashano Malcolm TITLE OWNER | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) BACK

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*
JENKINS MALCOLM TASHANO
29 JAY ST
Schenectady New York
NON-DOMESTIC WITHOUT U.S

**TYPE OF ORGANIZATION** ("X" one)
[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER (Specify)

STATE OF INCORPORATION  New York
BC# 156-70-334466

**SURETY(IES)** *(Name(s) and business address(es))*
TASHANO M JENKINS
29 JAY ST
Schenectady New York

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
|  |  |  |  |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 12/12/12 | CASE # 19-4060 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS: *[signature] Malcolm Ali Bey*   *[signature] Melissa Hampton*

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. *[signature]* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Private Holder | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
|  | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
|  | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

**CORPORATE SURETY(IES)** *(Continued)*

| | | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |
| SURETY C | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |
| SURETY D | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |
| SURETY E | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |
| SURETY F | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |
| SURETY G | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

## RELEASE OF LIEN ON REAL PROPERTY

Whereas ____SAYFALLAH O. JENKINS____, of ____BC#L6421516____, by a bond
                (Name)                                    (Place of Residence)

for the performance of U.S. Government Contract Number ____CASE#11120602____,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

BC # L6421516 / SAYFALLAH O. JENKINS

and recorded this pledge on ____ALBANY COUNTY RECORDERS OFFICE____
                                                  (Name of Land Records)

in the ____ALBANY____ of ____NEW YORK____,
            (Locality)                  (State)
and

Whereas, I, ____TASHANO M. JENKINS____, being a duly authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

[Date]                                                        [Signature]

[Seal]

AUTHORIZED FOR LOCAL REPRODUCTION            OPTIONAL FORM 90 (REV. 1-90)
                                                                                Prescribed by GSA-FAR (48 CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  SAYFALLAH JENKINS  , of  BC#L6421516  , by a bond
            (Name)                                (Place of Residence)
for the performance of U.S. Government Contract Number  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  ,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

in Account Number  CASE# 19-4060  on deposit

at  DEPOSITOR TRUST COMPANY
        (Name of Financial Institution)

located at  55 WATER ST NEW YORK, NEW YORK 1004  , and
                    (Address of Financial Institution)

Whereas I,  JENKINS TASHANO MALCOLM  , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

BC#L6421516 - CASE # 19-4060

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

TASHANO M. JENKINS
(Name of Financial Institution)

[Date]                                                              [Signature]
                                                                    Seal

AUTHORIZED FOR LOCAL REPRODUCTION                                   OPTIONAL FORM 91 (1-90)
                                                                    Prescribed by GSA-FAR (48 CFR) 53.228(o)

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB Control Number: 9000-0001
Expiration Date: 1/31/2018

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (M1V1CB), Office of Acquisition Policy, GSA, Washington, DC 20405.

| STATE OF NEW YORK | SS. | ███ 7052 |
|---|---|---|
| COUNTY OF SCHENECTADY | | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

**1. NAME** *(First, Middle, Last) (Type or Print)*
TasHaNo MALCOLM JENKINS

**2. HOME ADDRESS** *(Number, Street, City, State, ZIP Code)*
P.O. BOX 250

**3. TYPE AND DURATION OF OCCUPATION**

**4. NAME AND ADDRESS OF EMPLOYER** *(If Self-employed, so State)*
SELF EMPLOYED

**5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED** *(Number, Street, City, State, ZIP Code)*
P.O. BOX 250 (29 JAY ST Schenectady New York)

**6. TELEPHONE NUMBER**
HOME - 518-630-2291
BUSINESS -

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:**
(a) Real estate *(include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

BC# 156-70-334466

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

**8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.**

**9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.**

UCC-1 #201510070514805 / Private Reg bond USPS Reg
FILE NUM. #70141200000232592264

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

**10. SIGNATURE**
*[signature]*

**11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES** *(Where Appropriate)*

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(Or other jurisdiction)* |
|---|---|---|---|
| MONTH 11 | DAY 3 | YEAR 2016 | Albany New York |

**c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH** *(Type or print)*
notary

**d. SIGNATURE**
*[signature]* Susan A. Januszal

**e. MY COMMISSION EXPIRES**
7/27/17

Susan A. Januszak
Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/17

**AUTHORIZED FOR LOCAL REPRODUCTION**
Previous edition is not usable

Sworn to before me on 11/3/16
Susan A. Januszal

*[signature]* TosHaNo JeNKINS

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

Notary Public-State of New York
04JA6209391
Qualified in Albany County
Commission expires 07/27/17